# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 MAP 2026 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JASON WILSON COLON, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 6th day of May, 2026, the Notice of Appeal is **QUASHED**.  *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court").